**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>TURCOTTE, BRIAN J.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-02664 JS<br><br>JUDGE JOHN SQUIRES |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

  NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 02/15/07. The Trustee was appointed on 02/15/07. An order for relief under Chapter 7 was entered on 02/15/07.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 1/29/08 is as follows:

    a. RECEIPTS (See Exhibit C)      $ 10,131.69

    b. DISBURSEMENTS (See Exhibit C)      $ 0.00

    c. NET CASH available for distribution      $ 10,131.69

    d. TRUSTEE/PROFESSIONAL COSTS
       1. Trustee compensation requested (See Exhibit E)      $ 1,763.17
       2. Trustee Expenses (See Exhibit E)      $ 0.00
       3. Compensation requested by attorney or other
          professionals for trustee (See Exhibit F)      $ 3,079.62
    e. Illinois Income Tax for Estate (See Exhibit G)      $ 0.00

5.     The Bar Date for filing unsecured claims expired on 07/19/07.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 4,842.79

    c. Allowed Chapter 11 Administrative Claims      $ 0.00

    d. Allowed priority claims      $ 0.00

    e. Allowed unsecured claims      $ 30,333.01

7.     Trustee proposes that unsecured creditors receive a distribution of 17.44% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $3,079.62. Professional's compensation and expense requested but not yet allowed is $ . The total of Chapter 7 professional fees and expenses requested for final allowance is $4,842.79. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  1/29/08                             RESPECTFULLY SUBMITTED,


                                            By:/s/David Grochocinski
                                               DAVID GROCHOCINSKI, TRUSTEE
                                               1900 RAVINIA PLACE
                                               ORLAND PARK, IL  60462
                                               Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Turcotte, Brian


January 29, 2008


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2007 | DEG | Receipt and review of motion to modify stay by GMAC Mortgage Corp | 0.30<br>350.00/hr | 105.00 |
| 3/8/2007 | DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 0.80<br>350.00/hr | 280.00 |
| 3/9/2007 | DEG | Receipt of order modifying stay; effective 3/19/07 | 0.20<br>350.00/hr | 70.00 |
| 3/21/2007 | DEG | Email to Covey; Schedule B&C not amended to date; request status of same | 0.10<br>350.00/hr | 35.00 |
| 3/30/2007 | DEG | Facsimile letter from Covey with amended B&C filed on March 30th; income taxes for 2006 as requested; review of same | 1.00<br>350.00/hr | 350.00 |
| 4/5/2007 | DEG | Facsimile letter to Covey; request information on First American account; location, account number etc. | 0.20<br>350.00/hr | 70.00 |
|  | DEG | Email to Covey regarding bank account information | 0.30<br>350.00/hr | 105.00 |
| 4/6/2007 | DEG | Letter to First American Bank regarding turnover of funds from account | 0.50<br>350.00/hr | 175.00 |
| 4/13/2007 | DEG | Message left with representative of First American Bank regarding proceeding via motion | 0.30<br>350.00/hr | 105.00 |
| 4/18/2007 | DEG | Prepared initial report of assets; bar date set for 7/19/07 | 0.50<br>350.00/hr | 175.00 |
|  | DEG | Receipt of check from First American Bank in amount of $6,288.00; open account and deposit same | 0.80<br>350.00/hr | 280.00 |
|  | DEG | Prepared letter to B. Covey; funds turned over in amount of $6,288.00; should be $10,000.00; need to pay the difference asap | 0.20<br>350.00/hr | 70.00 |
| 5/11/2007 | DEG | Receipt and review of letter with certified check attached in amount of $3,800.00; balance of settlement | 0.20<br>350.00/hr | 70.00 |
| 6/7/2007 | DEG | Letter and documents to Al Horewitch for taxes | 0.50<br>350.00/hr | 175.00 |


EXHIBIT A

Turcotte, Brian

Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/3/2007 | DEG | Review of claim docket | 1.00<br>350.00/hr | 350.00 |
| 9/27/2007 | DEG | Telephone conference with First American Bank regarding withdrawal of claim | 0.20<br>350.00/hr | 70.00 |
| 10/12/2007 | DEG | Email to attorney for First American Bank regarding withdrawal of claim | 0.30<br>350.00/hr | 105.00 |
| 1/29/2008 | DEG | Receipt and review of tax letter from accountant and invoice | 0.80<br>375.00/hr | 300.00 |
| | DEG | Prepared final report | 1.50<br>375.00/hr | 562.50 |
| | | For professional services rendered | 9.70 | $3,452.50 |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

| | |
|---|---|
| TOTAL RECEIPTS | $ 10,131.69 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 9,400.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 26,833.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07B-02664 JS  
**Case Name:** TURCOTTE, BRIAN J.  
**Period Ending:** 01/29/08

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 02/15/07 (f)  
**§341(a) Meeting Date:** 03/14/07  
**Claims Bar Date:** 07/19/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNT 1ST AMERICAN BANK (u) | 10,000.00 | 10,000.00 | | 10,088.00 | FA |
| 2 | 2428 WILTON LANE, AURORA, IL | 194,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING WITH HARRIS BANK | 100.00 | 0.00 | | 0.00 | FA |
| 4 | ITASCA BANK & TRUST | 10.00 | 0.00 | DA | 0.00 | FA |
| 5 | FIRST AMERICAN BANK | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION WITH LOCAL 150 | Unknown | 0.00 | | 0.00 | FA |
| 9 | TAX REFUND | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2004 MAZDA 6 | 12,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2003 HONDA ST 1300 | 7,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 43.69 | Unknown |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$227,670.00** | **$10,000.00** | | **$10,131.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

AWAITING FINAL TAX RETURNS; COMPLETED CLAIMS REVIEW

Printed: 01/29/2008 02:21 PM   V.10.03

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07B-02664 JS  **Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE
**Case Name:** TURCOTTE, BRIAN J.  **Filed (f) or Converted (c):** 02/15/07 (f)
                                   **§341(a) Meeting Date:** 03/14/07
**Period Ending:** 01/29/08        **Claims Bar Date:** 07/19/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** April 30, 2008  **Current Projected Date Of Final Report (TFR):** April 30, 2008

Printed: 01/29/2008 02:21 PM    V.10.03

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07B-02664 JS  
**Case Name:** TURCOTTE, BRIAN J.

**Taxpayer ID #:** 13-7563889  
**Period Ending:** 01/29/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*61-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/18/07 | {1} | FIRST AMERICAN BANK | TURNOVER OF BANK ACCOUNT | 1229-000 | 6,288.00 | | 6,288.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.23 | | 6,289.23 |
| 05/11/07 | {1} | BRIAN TURCOTTE | SETTLEMENT PAYMENT | 1229-000 | 3,800.00 | | 10,089.23 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.55 | | 10,093.78 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.21 | | 10,098.99 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.75 | | 10,104.74 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.57 | | 10,110.31 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.03 | | 10,115.34 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.94 | | 10,121.28 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.26 | | 10,126.54 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.15 | | 10,131.69 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,131.69 | 0.00 | **$10,131.69** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **10,131.69** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,131.69** | **$0.00** | |

{} Asset reference(s)

Printed: 01/29/2008 02:21 PM    V.10.03

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07B-02664 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | TURCOTTE, BRIAN J. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****61-66 - Checking Account |
| Taxpayer ID #: | 13-7563889 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/29/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :      10,131.69
                  ─────────────
Net Estate :      $10,131.69
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****61-65** | 10,131.69 | 0.00 | 10,131.69 |
| **Checking # ***-*****61-66** | 0.00 | 0.00 | 0.00 |
| | $10,131.69 | $0.00 | $10,131.69 |

{} Asset reference(s)  Printed: 01/29/2008 02:21 PM   V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>TURCOTTE, BRIAN J.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-02664 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 4,842.79 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 5,288.90 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 10,131.69 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 4,842.79 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2,192.50 | 2,192.50 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 32.12 | 32.12 |
| ADMIN3 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 855.00 | 855.00 |
| ADMIN4 | DAVID GROCHOCINSKI, TRUSTEE | 1,763.17 | 1,763.17 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(7) - Alimony | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | $ 30,333.01 | 17.44% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 2 | Fifth Third Bank | 15,880.19 | 2,768.89 |
| 4 | State Farm Bank | 14,452.82 | 2,520.01 |
| | | TOTAL  $ | 5,288.90 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL  $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| Unsecured | 1 | Galway Financial services<br>3870 Peachtree Industrial Blvd<br>Duluth, GA  30096- | $ 575.00 | Error/wrong case |

| Secured | 3 | First American Bank<br>80 Stratford Drive<br>Bloomingdale, IL  60108- | $ | 33,390.56 | Withdrawn |

  WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____
                 DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 2,192.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 32.12 | |
| | | | 2,224.62 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 855.00 | |
| | | | 855.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 3,079.62 | $ 3,079.62 |

1