**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>TURCOTTE, BRIAN J.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-02664 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DuPage County Courthouse
    505 N. County Farm Road, Courtroom 2000
    Wheaton, Illinois 60187

    on: **May 30, 2008**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $        10,131.69

    b. Disbursements                         $             0.00

    c. Net Cash Available for Distribution   $        10,131.69

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $2,192.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Expenses) | 0.00 | $32.12 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC<br>(Trustee's Accountant Fees) | 0.00 | $855.00 |
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $1,763.17 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $30,333.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 17.44%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Fifth Third Bank | $ 15,880.19 | $ 2,768.89 |
| 4 | State Farm Bank | $ 14,452.82 | $ 2,520.01 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the

Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, real estate, bank accounts and tax refund

Dated: April 22, 2008

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                             CHAPTER 7 CASE
TURCOTTE, BRIAN J.

                                                            CASE NO. 07B-02664 JS

                                                            JUDGE JOHN SQUIRES
            Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

      THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

      IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 1,763.17 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 1,763.17 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 2,192.50 |
| | b. Expenses | $ | 32.12 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 855.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses                                                            $_____0.00

3.     Other Professionals

                                                              TOTAL                $_____3,079.62

      IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.


DATED this       day of _____, 200__.


                              ENTERED     _____
                                                            JOHN SQUIRES
                                                            UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1              Date Rcvd: Apr 22, 2008
Case: 07-02664                Form ID: pdf002             Total Served: 26

The following entities were served by first class mail on Apr 24, 2008.
db           +Brian J. Turcotte,    2428 Wilton Ln.,    Aurora, IL 60502-6377
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Bradley S Covey,     Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski, Grochccinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
11180538    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court:   American Honda Finance,     PO Box 105027,    Atlanta, GA 30348)
11180539     +AOL,   PO Box 60018,    Tampa, FL 33660-0018
11180540     +Card Member Services,    PO Box 2320,    Omaha, NE 68103-2320
11180541     +Central DuPage Hospital,    0N025 Winfield Rd.,    Winfield, IL 60190-1295
11180543     +Chase Bank USA, N.A.,    c/o Michael D. Fine,    131 S. Dearborn St., Floor 5,
               Chicago, IL 60603-5517
11180544     +Citi Cards (sears),    PO Box 45129,    Jacksonville, FL 32232-5129
11180545     +Comcast Cable,    Box 3002,    Southeastern, PA 19398-3002
11180546    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court:   Fifth Third Bank,    PO Box 630778,    Cincinnati, OH 45263)
11323479      Fifth Third Bank,    1850 E Paris SE - Bankruptcy Department,     Grand Rapids MI 49546,
               MD# ROPS05
11180547     +First American Bank,    PO Box 7983,    Elk Grove Village, IL 60009-7983
11349995     +First American Bank,    80 Stratford Drive,    Bloomingdale, IL 60108-2219
11180548     +GMAC Mortgage,    PO Box 9001719,    Louisville, KY 40290-1719
11230504     +Galway Financial services,    3870 Peachtree Industrial Blvd,     Duluth GA 30096-1422
11180549     +National City Visa,    Box 2349, #KA16F5,    Kalamazoo, MI 49003-2349
11370665      State Farm Bank,    c/o Becket & Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
11180550     +State Farm Bank,    PO Box 23025,    Columbus, GA 31902-3025
11180552     +XM Sattelite Radio,    Box 830203,    Baltimore, MD 21283-0203
The following entities were served by electronic transmission on Apr 23, 2008.
11180542     +Fax: 602-221-4614 Apr 23 2008 03:45:34      Chase Auto Finance,    PO Box 9001083,
               Louisville, KY 40290-1083
11180551     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 23 2008 03:50:26      Verizon Wireless,
               777 Big Timber Rd.,    Elgin, IL 60123-1401
                                                                                              TOTAL: 2
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2008**           **Signature:** *Joseph Speetjens*